# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**                        CHAPTER 13

Gail C Steiner & Julie L Steiner        CASE NO. 19-44741-MAR

                                                       JUDGE MARK A RANDON

Debtors                                   /

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Where debtors' proposed Plan payments are significantly greater than debtors' best effort as indicated on Amended Schedule J, Trustee questions the feasibility of the Chapter 13 Plan pursuant to 11 U.S.C. §1325(a)(6).

2. Trustee requires an update at confirmation as to the status of debtors' employment and further requests verification of the unemployment and stimulus benefits received.

**Wherefore,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

Dated: June 02, 2020

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARGARET CONTI SCHMIDT
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Gail C Steiner & Julie L Steiner

CHAPTER 13
CASE NO. 19-44741-MAR
JUDGE MARK A RANDON

Debtors _____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

JEFFREY G BENNETT
878 S GROVE ST
STE UPPER LEFT
YPSILANTI, MI 48198

June 02, 2020

/s/ Barb Ecclestone
BARB ECCLESTONE
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com